PROB 12C
(7/93)

# United States District Court

for

Middle District of Alabama

06-28M

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: REGINALD BERNARD GRANT         Case Number: 1:96CR00211-001

Name of Sentencing Judicial Officer:  Honorable Ira DeMent, Senior United States District Judge

Date of Original Sentence: May 7, 1997

Original Offense: Possession with Intent to Distribute Cocaine Base

Original Sentence: 87 months custody to be followed by a five (5) year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: July 8, 2002

Assistant U.S. Attorney: Louis Franklin           Defense Attorney: Federal Defender

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision.

Violation Number                    Nature of Noncompliance

1. Violation of condition of probation which states, "The defendant shall not commit another federal, state, or local crime."

The defendant was arrested on December 14, 2004, by officers of the Houston County Sheriff's Department for Trafficking in Cocaine. A search warrant was executed by Houston County Deputies at a residence located at 1223 North Park Avenue, Dothan, Alabama, and approximately seven (7) ounces of cocaine was found. Grant informed the arresting officers that he lived at this residence.

2. Violation of condition of probation which states, "The defendant shall not commit another federal, state, or local crime."

The defendant was arrested on December 14, 2004, by officers of the Houston County Sheriff's Department for Possession of Marijuana 1st degree. A search warrant was executed by Houston County Deputies at a residence located at 1223 North Park Avenue, Dothan, Alabama, and approximately three (3) ounces of marijuana was found. Grant informed the arresting officers that he lived at this residence.

3. Violation of condition of supervised release which states, "The defendant shall not possess a firearm as defined in 18 USC section 921."

A search warrant was executed at a residence located at 1223 North Park Avenue, Dothan, Alabama, on December 14, 2004, by officers of the Houston County Sheriff's Department. A 9mm handgun, a 12 gauge shotgun, and a sawed off 12 gauge shotgun were found. Grant informed the arresting officers that he lived at this residence.

SCANNED 12-20-04

PROB 12C
(7/93)

2

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
    [X]  revoked.
    [ ]  extended

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 16, 2004

*[signature]*
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved: *[signature]*
Robert A. Pitcher, Sr. U.S. Probation Officer/OIC

THE COURT ORDERS:

[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  No Action
[ ]  Other

*[signature]* Truman Hobbs
Signature of Judicial Officer

12/21/04
Date

SCANNED