*Filed in open court 2/28/06

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Mag. No. 06-28 M |
| | : [MD Ala. Case No. 1:96CR00211-001] |
| REGINALD GRANT, | : |
| Defendant. | : |

### MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, REGINALD GRANT, pursuant to 18 U.S.C. § 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: February 28, 2006