AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER:

The defendant is charged with a violation of __18__ U.S.C. __921__ alleged to have been committed in the __Middle__ District of __Alabama__.

Brief Description of Charge(s):

Violation of Supervised Release

Defendant did not oppose his immediate transfer to the requesting district & did not oppose the government's motion to detain for purpose of transfer. Defendant did waive his right to have a detention hearing in the requesting district which was granted. Defendant is detained for the purpose of commitment transfer.

~~The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.~~

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_2/28/06_
Date

_[signature]_
Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This commitment was received and executed as follows: | | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |